UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZARRINA JALOLOVA,

Petitioner,

v.

PAMELA BONDI, *et al.*,

Respondents.

CASE NO. 2:26-cv-00831-GJL

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER

On behalf of Petitioner Zarrina Jalolova, the Federal Public Defender's Office ("FPD") has filed a Motion to Appoint Counsel ("Motion") in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. In the Motion, the FPD indicates their willingness to represent Petitioner in this case. *Id*. In addition, the FPD declares that Petitioner does not have the financial resources to retain counsel as she is presently in custody, and that they will file a signed affidavit regarding Petitioner's financial eligibility within 30 days. *Id*. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS** as follows:

(1)     The Court is in receipt of Petitioner's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. The filing fee has been paid. *See id*. Because of the complex issues

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1

involved in this case, the interests of justice do require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel is **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings. Further, **within 30 days of the date of this Order**, Petitioner **shall FILE** an affidavit demonstrating financial eligibility for such appointment.

(2)    The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 13th day of March, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2