UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZARRINA JALOLOVA,

                    Petitioner,

          v.

PAMELA BONDI, *et al.*,

                    Respondents.

CASE NO. 2:26-cv-00831-GJL

ORDER GRANTING MOTION TO
WITHDRAW PETITION FOR
WRIT OF HABEAS CORPUS

On March 11, 2026, Petitioner Zarrina Jalolova, through counsel, filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking immediate release from immigration detention.[1] Dkt. 1. Presently before the Court is Petitioner's Motion to withdraw her habeas Petition (the "Motion"). Dkt. 16. In the Motion, Petitioner's counsel notifies the Court that Petitioner is no longer in ICE custody as she has been removed to Uzbekistan and, thus, her Petition is now moot. *Id*. at 1. As a result, counsel requests that the Petition be voluntarily dismissed. *Id*.

---

[1] The parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 5.

ORDER GRANTING MOTION TO WITHDRAW
PETITION FOR WRIT OF HABEAS CORPUS - 1

Upon review of the Motion and remaining record, the Court **GRANTS** the Motion to withdraw. Dkt. 16. The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) is **DISMISSED without prejudice**.

Dated this 1st day of May, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW
PETITION FOR WRIT OF HABEAS CORPUS - 2